# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. MILLIKEN,<br><br>    Plaintiff,<br><br>  v.<br><br>R. VOGEL,<br><br>    Defendant. | Case No. 1:11-cv-00093-DLB PC<br><br>**ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER SETTLEMENT CONFERENCE WOULD BE BENEFICIAL**<br><br>FIFTEEN DAY DEADLINE |

Plaintiff James M. Milliken ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendant R. Vogel for deliberate indifference to Plaintiff's conditions of confinement in violation of the Eighth Amendment.

Within **fifteen (15) days** from the date of service of this order, Plaintiff and Defendant are each to file a written response indicating whether a court settlement conference would be beneficial in resolving this action. If both parties agree, the Court will issue a further scheduling order setting this matter for settlement conference before a Magistrate Judge or District Judge from the United States District Court, Eastern District of California.

IT IS SO ORDERED.

Dated:   **February 28, 2013**              /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE

1