**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. MILLIKEN,<br><br>        Plaintiff,<br><br>  v.<br><br>R. VOGEL, et al.,<br><br>        Defendants. | Case No. 1:11-cv-00093 DLB PC<br><br>ORDER GRANTING PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(Document 43) |

      Plaintiff James M. Milliken is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.[1]

      On July 29, 2013, the parties submitted a stipulation for voluntary dismissal, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

      The stipulation is GRANTED and this action is DISMISSED WITH PREJUDICE. Each party shall bear their own litigation costs and attorneys' fees.

IT IS SO ORDERED.

   Dated:   **July 30, 2013**                  /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The parties have consented to the jurisdiction of the United States Magistrate Judge for all purposes.

1